UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAWASAKI KISEN KAISHA, LTD.,

                Petitioner,

      -against-

BRAUN EXPORT,

                Respondent.

---

No. 19-CV-10558 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

    This case has been assigned to me for all purposes. On November 18, 2019, Petitioner filed a petition to appoint an arbitrator and compel Respondent to arbitrate. (Doc. 5.)

    ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to compel arbitration by December 3, 2019. Respondent's opposition, if any, is due on December 31, 2019. Petitioners' reply, if any, is due on January 7, 2020.

    IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated: November 19, 2019
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge